# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-60905
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 11, 2016

Lyle W. Cayce
Clerk

RONNIE MCGEE,

Plaintiff-Appellant,

v.

LIEUTENANT ROBERT STURDIVANT; CORRECTIONAL OFFICER STEVEN TYLER; CORRECTIONAL OFFICER RODERICK LEWIS,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:13-CV-90

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Ronnie McGee, Mississippi prisoner # K4515, appeals the judgment entered in favor of the named defendants in his 42 U.S.C. § 1983 suit. However, his appellate brief fails to comply with Federal Rule of Appellate Procedure 28(a)(8) as it is entirely devoid of any citations to documentary evidence or legal authority. *See Brinkmann v. Dallas County Deputy Sheriff*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-60905

*Abner*, 813 F.2d 744, 748 (5th Cir. 1987) (stating that appellant's failure to identify any error in lower court's analysis is the same as if he had not appealed); *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993) ("Although we liberally construe the briefs of pro se appellants, we also require that arguments must be briefed to be preserved.") (internal quotation marks and citation omitted).    Accordingly, the judgment of the district court is AFFIRMED.